Rizzo et ux., Appellants, *v.* Rizzo et ux.

Argued October 2, 1968. Before BELL, C. J., MUS-MANNO, JONES, EAGEN and O'BRIEN, JJ.

 reargument refused December 13, 1968.

*Homer W. King*, with him *Francis V. Sabino*, for appellants.

*Edward F. Urbanik*, with him *Royston, Robb, Leonard, Edgecombe, Miller & Shorall*, for appellees.

OPINION PER CURIAM, November 12, 1968:
Decrees affirmed, appellants to pay costs.
Mr. Chief Justice BELL dissents.
Mr. Justice MUSMANNO did not participate in the decision of this case.
Mr. Justice COHEN and Mr. Justice ROBERTS took no part in the consideration or decision of this case.